IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00388-REB-BNB

DIRK NYE and
LINDA NYE,

    Plaintiffs,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On May 3, 2006, the parties filed a **Stipulated Motion to Dismiss With Prejudice** [#9].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion to Dismiss With Prejudice** [#9] filed on May 3, 2006, **IS GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 3, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          s/ Robert E. Blackburn
                                          **Robert E. Blackburn
                                          United States District Judge**